

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:05CR 00312 |
| | ) | |
| v. | ) | |
| | ) | |
| KATHERINE HOPPER | ) | |
| MACARIO GUTIERREZ | ) | |
| LENIN SANCHEZ | ) | Title 21, USC, § 841(a)(1) and 846 |
| BRANDI NICOLE HARRIS, | ) | Title 18, USC, § 2 |
| a/k/a Brandi Monique Harris, | ) | Title 18, USC, § 924(c)(1) |
| JOSE VALENTE RIOS SALINAS | ) | Title 18, USC, §§ 3013 and 3571 |
| ALEJANDRO RIOS SALINAS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
( Conspiracy to Distribute More Than 500 Grams Methamphetamine)

From in or about August 2004 and continuing through on or about September 21, 2005,

in the Eastern District of Arkansas, and elsewhere,

**KATHERINE HOPPER,
MACARIO GUTIERREZ,
LENIN SANCHEZ,
BRANDI NICOLE HARRIS,
a/k/a Brandi Monique Harris,
and
JOSE VALENTE RIOS SALINAS**

knowingly and intentionally conspired with each other and with other persons known and

unknown to the Grand Jury to distribute and to possess with intent to distribute

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1), and that during the course of the conspiracy 500 grams or more of a mixture containing a detectable amount of methamphetamine was involved.

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about March 8, 2005, in the Eastern District of Arkansas,

**KATHERINE HOPPER**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 3

On or about April 13, 2005, in the Eastern District of Arkansas,

**KATHERINE HOPPER**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 4

On or about April 18, 2005, in the Eastern District of Arkansas,

**KATHERINE HOPPER**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, and that 5 grams or more of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 5

On or about April 26, 2005, in the Eastern District of Arkansas,

**KATHERINE HOPPER**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance,

and that 5 grams or more of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6

On or about April 29, 2005, in the Eastern District of Arkansas,

**KATHERINE HOPPER**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, and that 5 grams or more of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 7

On or about May 6, 2005, in the Eastern District of Arkansas,

**KATHERINE HOPPER**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, and that 5 grams or more of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 8

On or about May 11, 2005, in the Eastern District of Arkansas,

**KATHERINE HOPPER**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, and that 5 grams or more of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 9

On or about May 14, 2005, in the Eastern District of Arkansas,

**LENIN SANCHEZ**

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, and that 5 grams or more of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 10

On or about May 18, 2005, in the Eastern District of Arkansas,

### MACARIO GUTIERREZ

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, and that 5 grams or more of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 11

On or about May 20, 2005, in the Eastern District of Arkansas,

### MACARIO GUTIERREZ

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, and that 5 grams or more of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 12

On or about June 2, 2005, in the Eastern District of Arkansas,

### MACARIO GUTIERREZ

did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, and that 5 grams or more of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 13

On or about June 8, 2005, in the Eastern District of Arkansas,

**LENIN SANCHEZ
and
MACARIO GUTIERREZ,**

aiding and abetting one another, did knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, and that 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 14

On or about June 8, 2005, in the Eastern District of Arkansas,

**LENIN SANCHEZ
and
MACARIO GUTIERREZ**

during and in relation to the drug trafficking crimes alleged in Counts One and Thirteen of this indictment, and in furtherance of such crimes, possessed one or more of the following firearms, which had been shipped or transported in interstate commerce, to wit: one Lorcin Model L-25, .25 caliber semi-automatic pistol, serial number 22861; one Model RG-26 .25 semi-automatic pistol, serial number U044826; and one Colt M1911A1 .45 caliber semi-automatic pistol, serial number 2757543; and one Stevens Model 311, 12 gauge double barrel shotgun with no serial number; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 15

On or about October 8, 2005, in the Eastern District of Arkansas,

**BRANDI NICOLE HARRIS,
a/k/a Brandi Monique Harris,
and
JOSE VALENTE RIOS SALINAS**

aiding and abetting one another, did possess with intent to distribute methamphetamine, a Schedule II controlled substance, and that 50 grams or more of a mixture containing a detectable

amount of methamphetamine was involved, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT 16

On or about September 21, 2005, in the Eastern District of Arkansas,

**BRANDI NICOLE HARRIS,**
**a/k/a Brandi Monique Harris,**

did possess with intent to distribute methamphetamine, a Schedule II controlled substance, and that 50 grams or more of a mixture containing a detectable amount of methamphetamine, was involved in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 17

On or about September 21, 2005, in the Eastern District of Arkansas,

**BRANDI NICOLE HARRIS,**
**a/k/a Brandi Monique Harris,**

did possess with intent to distribute Hydrocodone, a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 18

On or about September 21, 2005, in the Eastern District of Arkansas,

**BRANDI NICOLE HARRIS,**
**a/k/a Brandi Monique Harris,**

did possess with intent to distribute Alprazolam, a/k/a Xanax, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 19

On or about September 21, 2005, in the Eastern District of Arkansas,

**BRANDI NICOLE HARRIS,**
**a/k/a Brandi Monique Harris,**

did possess with intent to distribute Valium, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 20

From in or about November 2004 through in or about June 2005, in the Eastern District of Arkansas, and elsewhere

**JOSE VALENTE RIOS SALINAS,**
**and**
**ALEJANDRO RIOS SALINAS**

conspired with each other and with other persons known and unknown to the grand jury to distribute and to possess with intent to distribute cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that during the course of this conspiracy, 500 grams or more of a mixture of substance containing a detectable amount of cocaine hydrochloride was involved.

All is violation of Title 21, United States Code, Section 846.

### COUNT 21

On or about June 22, 2005, in the Eastern District of Arkansas,

**JOSE VALENTE RIOS SALINAS,**
**and**
**ALEJANDRO RIOS SALINAS**

did possess with intent to distribute cocaine hydrochloride, a Schedule II controlled substance, and that 500 grams or more of a mixture of substance containing a detectable amount of cocaine hydrochloride was involved, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 22

On or about June 22, 2005, in the Eastern District of Arkansas,

**JOSE VALENTE RIOS SALINAS**
**and**
**ALEJANDRO RIOS SALINAS,**

aiding and abetting one another, during and in relation to the drug trafficking crimes alleged in Counts Twenty and Twenty-one of this indictment, and in furtherance of such crimes, possessed the following firearm, which had been shipped or transported in interstate commerce, to wit: one Lorcin 9mm semi-automatic pistol, serial number L125950, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

(END OF TEXT.  SIGNATURE PAGE ATTACHED)