IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA           PLAINTIFF

vs.           No. 4:05-CR-00312-06 JMM

ALEJANDRO RIOS SALINAS           DEFENDANT

## MOTION FOR *IMMEDIATE HEARING* CONCERNING HEALTH OF DEFENDANT

**TO THE HONORABLE JAMES M. MOODY, JUDGE OF THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF ARKANSAS:**

Comes now the Defendant, Alejandro Rios Salinas, through Counsel, and respectfully moves the Court for entry of an Order directing proper medical care be rendered to Defendant and for his Motion states:

1. This attorney was appointed to represent the Defendant on January 6, 2006.

2. This Defendant entered a guilty plea in this matter on April 27, 2006.

3. This Defendant was diagnosed with diabetes in 1995 and took insulin prior to being incarcerated.

4. At the change of plea, Defendant could not stand for very long nor could he see well because of the effects of his diabetes.

1

5. It was agreed by the Counsel of Defendant and the Government that Defendant should receive better care at a facility other than the Pulaski County Jail.

6. The U. S. Marshal has informed this attorney they cannot move Defendant because he is not in their custody but under an Order of Immigration to hold the Defendant until deported.

7. The Pulaski County Jail says they are giving Constitutional care but they cannot provide insulin or fruits at specific times as required by diabetics.

8. Defendant has not eaten for two days as of July 6, 2006.

9. Assistant United States Attorney, Senior Litigation Counsel, Kevin Alexander, has informed this attorney he does not object to Defendant receiving any medical care the Court can make available.

**WHEREFORE,** this attorney prays for an Order from the Court requiring that the Defendant be brought before the Court to determine what, if any, medical care can be provided for the Defendant and for anything further to properly represent Defendant Alejandro Rios Salinas.

Respectfully submitted,

Paul D. Groce, Esquire
Bar Number 76046
Metropolitan Bank Tower
Fifteenth Floor
P.O. Box 48

Little Rock, AR 72203

501-301-7777

**Attorney for Defendant,
Alejandro Rios Salinas**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 6th day of July, 2006, a copy of the foregoing was served upon Mr. Kevin Alexander, Assistant United States Attorney, Senior Litigation Counsel, The Office of the United States Attorney, P.O. Box 1229, Little Rock, Arkansas 72203, by placing same in the U.S. Mail postage prepaid.

Paul D. Groce

3