**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 4 2006

IN THE UNITED STATES DISTRICT COURT JAMES W. McCORMACK, CLERK
EASTERN DISTRICT OF ARKANSAS   By: _____
DEP CLERK

UNITED STATES OF AMERICA                          PLAINTIFF

vs.                              No.  4:05-cr-00312-06 JMM

ALEJANDRO RIOS SALINAS                            DEFENDANT

---

## NOTICE / MOTION

---

**TO THE HONORABLE JAMES M. MOODY, JUDGE OF THE UNITED STATES
DISTRICT COURT OF THE EASTERN DISTRICT OF ARKANSAS:**

Comes now the Defendant, Alejandro Rios Salinas, through Counsel, and for his

Notice/Motion states:

1.  This attorney filed a Motion for Immediate Hearing Concerning Health of

Defendant on July 7, 2006.

2.  This Motion was perhaps an exaggeration of the conditions of the Defendant.

3.  This Defendant was diagnosed with diabetes in 1995 and took insulin prior to

being incarcerated.

4.  At the Change of Plea, Defendant could not stand for very long nor could he

see well because of the effects of his diabetes.

5.  Before this attorney filed the Motion for Immediate Hearing, Defendant

had reported to this attorney that he had not eaten for two days as of July 6, 2006.

6. After this attorney, accompanied by an interpreter, visited with Defendant at the Pulaski County Jail, this attorney believes the Defendant is upset because:

A. Defendant's case is taking so long to be resolved,

B. Defendant has not been moved from the Pulaski County Jail to a facility that can provide better medical care for him, and

C. Defendant has not been treated for a fall at the Pulaski County Jail on July 13, 2005, which was well before this case was filed and well before this attorney was appointed to represent Defendant.

7. This Attorney would recommend: Defendant be sentenced as soon as possible by the Court since there are no issues to be resolved by the Court concerning the Presentence Investigation Report of Defendant, and then

A. That Defendant be given to Immigration and Customs Enforcement since they have a hold on Defendant, or

B. That Defendant be handed over to BOP where he can receive proper health care.

**WHEREFORE,** this attorney prays for the above relief and for anything further to properly care for Defendant Alejandro Rios Salinas and protect his legal rights.

Respectfully submitted,

Paul D. Groce, Esquire

2

Bar Number 76046
Metropolitan Bank Tower
Fifteenth Floor
P.O. Box 48
Little Rock, AR 72203
501-301-7777

**Attorney for Defendant,**
**Alejandro Rios Salinas**

## CERTIFICATE OF SERVICE

I do hereby certify that on this _17_ day of July, 2006, a copy of the foregoing
was served upon Mr. Kevin Alexander, Assistant United States Attorney, Senior
Litigation Counsel, The Office of the United States Attorney, P.O. Box 1229, Little
Rock, Arkansas 72203, by placing same in the U.S. Mail postage prepaid.

Paul D. Groce