

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 14 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | PLAINTIFF |
| ) | | |
| ) | PRESENTENCE INVESTIGATION REPORT | |
| vs. ) | | |
| ) | No. 4:05-cr-00312-06 JMM | |
| ) | | |
| ALEJANDRO RIOS SALINAS ) | | DEFENDANT |

Prepared For:             The Honorable James M. Moody
                          United States District Judge

Submitted and
Prepared By:              Paul D. Groce
                          Appointed Counsel for Defense
                          Metropolitan Bank Tower
                          Fifteenth Floor
                          P.O. Box 48
                          Little Rock, Arkansas 72203
                          501-301-7777

Assistant U.S. Attorney                  U.S. Probation Officer

Kevin Alexander                          Chirie Grimes
Senior Litigation Counsel                600 West Capitol, Suite 233
Little Rock, Arkansas 72203              Little Rock, Arkansas 72201
501-340-2600                             501-604-5272

Offense:    <u>Count Twenty:</u> 18 U.S.C. §§ 841(a)(1) and 846, Conspiracy to
            Distribute More Than 500 grams of Cocaine Hydrochloride, a
            Class B Felony
            <u>Count Twenty-Two:</u> 18 U.S.C. §§ 924(c)(1)(A)(i) and (2), Aiding and
            Abetting in Possession of Firearms in Connection with Drug
            Trafficking, a Class D Felony

1

## **A D D I T I O N S / C O R R E C T I O N S**

Comes now the Defendant, Alejandro Rios Salinas, by and through his counsel, Paul D. Groce, and for his Additions/Corrections to the Presentence Investigation Report states:

1. Defendant would add to the Presentence Investigation Report in Paragraph 2 that the Government and Counsel for Defendant agreed in open Court during the Change of Plea Hearing that the issue of amount might be resolved before Sentencing. As the Court will remember, the Defendant admitted to one kilogram cocaine hydrochloride only, though Defendant entered into the Plea Agreement which stated 2 kilograms but less than 3.5 kilograms. The attorney for the Government said such issue could possibly be resolved before Sentencing since Defendant had entered into a U.S.S.G. §5k1.1.

2. Defendant would object to Paragraph 7 as such is an exaggeration beyond anything close to reality. Specifically, there was never $670,000 at the house at 11201 Kanis Road, Little Rock, Arkansas - not even once. Nor, was there ever 5 kilograms of cocaine at the residence. Further, Defendant and his brother may have gone to a motel/hotel, but it was not Studio Plus Hotel. All this information from Nelson Lebron is sort of interesting story-telling, but such information has been totally blown out of proportion. Finally, there was never even close to a delivery of two loads of cocaine a week. Again, an outlandish exaggeration.

3. Based on the agreement, which will hopefully be reached with the Government, Paragraph 15 should read an Offense Level of 26 not 28 and with the three-level reduction for acceptance, pursuant to U.S.S.G § 3E1.1; and Paragraph 24 should read an Offense Level of 23.

4. Defendant would add to *Part C. Paragraph 34*: Defendant's sister name is Blanca not Blanco.

**WHEREFORE,** for the reasons aforesaid, Defendant Alejandro Rios Salinas requests that his Presentence Investigation Report be amended pursuant to the before-mentioned agreement with the Government and that the Report be corrected, where applicable, and for all other just and proper relief.

Respectfully submitted,

Paul D. Groce, Esquire
Bar Number 76046
Metropolitan Tower, 15th Floor
P.O. Box 48
Little Rock, AR 72203
501.301.7777
**Attorney for Defendant,
Alejandro Rios Salinas**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 18 day of July 2006, a copy of the foregoing was served upon Mr. Kevin Alexander, Assistant U. S. Attorney, Chief Litigation Counsel, The Office of the United States Attorney, Metropolitan Bank Tower, Fifth Floor, Little Rock, Arkansas 72201, by hand-delivery of same.

Paul D. Groce